# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KHALIF WARDLAW,** : | |
| Plaintiff, : | |
| v. : | **CIVIL NO. 09-3981** |
| : | |
| **CITY OF PHILADELPHIA,** : | |
| : | |
| **LIEUTENANT STEVEN ARCH,** : | |
| *Individually and* : | |
| *in his Official Capacity,* and; : | |
| : | |
| **JOHN/JANE DOES # 1–100,** : | |
| Defendants. : | |

# ORDER

**AND NOW,** this 21st day of March, 2011, upon consideration of Defendants' Motion to Dismiss the Second Amended Complaint [Doc. No. 18], it is hereby **ORDERED** that Defendants' Motion to Dismiss is **GRANTED IN PART** and **DENIED IN PART.** Count IV of Plaintiff's complaint is **DISMISSED**, as are Count II's § 1983 claims for Fourteenth Amendment violations. Counts I and III remain; Count II's § 1983 claims for First Amendment violations also remain, for the reasons set forth in the attached Memorandum option.

The Clerk is **DIRECTED** to mark the docket in this matter as terminating Lt. Arch in his Official Capacity.

It is so **ORDERED**.

BY THE COURT:

/S/ Cynthia M. Rufe
**HON. CYNTHIA M. RUFE**